**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| TAMOND THOMAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-CV-00027 SPM |
| | ) | |
| BRYANT JONES, | ) | |
| | ) | |
| Respondent, | ) | |

## OPINION,MEMORANDUM AND ORDER

Before the Court is petitioner's motion for reconsideration of the dismissal of his application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Also before the Court is petitioner's request for recusal of the undersigned. After reviewing the grounds raised by petitioner, the Court will decline to alter or amend the judgment of this Court. Petitioner's request for recusal will also be denied as moot given the fact that this is a closed action.

The Court concludes that petitioner's motion for reconsideration fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Petitioner is therefore not entitled to reconsideration of the dismissal of his petition, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration of the dismissal of his application for writ of habeas corpus [ECF No. 16] is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for recusal [ECF No. 15] is **DENIED AS MOOT** given the fact that this is a closed action.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 31st day of July, 2026.

                                                  HENRY EDWARD AUTREY
                                          UNITED STATES DISTRICT JUDGE

2