**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| TAMOND THOMAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00027 SPM |
| | ) | |
| BRYANT JONES, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is Petitioner Tamond Thomas' Motion for Leave to Proceed in Forma Pauperis on Appeal. [ECF No. 24]. This is the second time Petitioner has sought leave to proceed in forma pauperis on appeal in this matter. *See* ECF No. 18. The Court considered Petitioner's prior motion and denied it on August 11, 2026. [ECF No. 19]. For the reasons set forth in the Court's preceding Order, the Court similarly denies Petitioner's request at this juncture. The Motion will be denied for lack of good faith. *See* Fed. R. App. P. 24(a)(3); *see also Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis on Appeal [ECF No. 24] is **DENIED for lack of good faith**.

**IT IS FURTHER ORDERED** that no Certificate of Appealability shall issue.

Dated this 29th day of September, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE